**UNITED STATES DISTRICT COURT**
**District of Kansas**
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,** **Filed Under Seal**

**v.** **CASE NO.** 23-cr-10036-EFM

**MICHAEL E. MILLS,**

**Defendant.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**PROHIBITED PERSON IN POSSESSION OF AMMUNITION**
**[18 U.S.C. § 922(g)(1)]**

On or about December 6, 2022, in the District of Kansas, the defendant

**MICHAEL E. MILLS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, ammunition, to wit: 13 cartridges of ammunition including 3 cartridges with the markings BLAZER 9mm LUGER in a magazine located in his pocket, which was not

produced in the state of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

## COUNT 2

**PROHIBITED PERSON IN POSSESSION OF AMMUNITION**
**[18 U.S.C. § 922(g)(1)]**

On or about December 6, 2022, in the District of Kansas, the defendant

**MICHAEL E. MILLS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, ammunition, to wit: 30 cartridges of ammunition including 17 with the markings X-TREME 9mm LUGER located in a magazine in the vehicle, and 1 in the chamber of the firearm, which was not produced in the state of Kansas and had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses set forth in Counts 1-2 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to:

A. A black 9mm handgun with no serial number or brand markings; and
B. Ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

April 18, 2023
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Katherine J. Andrusak
Katherine J. Andrusak
Special Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

**Counts 1 & 2 - 18 U.S.C. § 922(g)(1)**
**[Possession of Ammunition by a Prohibited Person]**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.